# EXHIBIT B

## Case Information

DC-20-08965 | THRYV INC vs. LISTING CENTRAL LLC, et al

| | | |
|---|---|---|
| Case Number<br>DC-20-08965 | Court<br>134th District Court | Judicial Officer<br>TILLERY, DALE |
| File Date<br>07/01/2020 | Case Type<br>CNTR CNSMR COM DEBT | Case Status<br>OPEN |

## Party

**PLAINTIFF**
THRYV INC

Active Attorneys ▼
Lead Attorney
FRANCIS, DWIGHT M
Retained

**DEFENDANT**
LISTING CENTRAL LLC

Address
BY SERVING ITS MANAGER NICOLE NIXON
215 DEPOT CT SE #252
LEESBURG VA 20175-3017

Active Attorneys ▼
Lead Attorney
LATHAM, ROBERT PARKE
Retained

**DEFENDANT**
NIXON, NICOLE

Address
18930 CANOE LANDING CT
LEESBURG VA 20176-8218

Active Attorneys ▼
Lead Attorney
LATHAM, ROBERT PARKE
Retained

## Events and Hearings

07/01/2020 NEW CASE FILED (OCA) - CIVIL

07/01/2020 ORIGINAL PETITION ▼

PLAINTIFF'S ORIGINAL PETITION

07/01/2020 ISSUE CITATION COMM OF INS OR SOS ▼

ISSUE CITATION COMM OF INS OR SOS - NICOLE NIXON - ESERVE

07/01/2020 CASE FILING COVER SHEET ▼

CCIS

07/01/2020 ISSUE CITATION COMM OF INS OR SOS ▼

ISSUE CITATION COMM OF INS OR SOS - LISTING CENTRAL, LLC - ESERVE

07/06/2020 CITATION SOS/COI/COH/HAG ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
NICOLE NIXON

07/06/2020 CITATION SOS/COI/COH/HAG ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
LISTING CENTRAL, LLC

07/10/2020 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION ▼

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

08/17/2020 ORIGINAL ANSWER - GENERAL DENIAL ▼

ORIGINAL ANSWER - LISTING CENTRAL LLC

08/31/2020 SCHEDULING ORDER ▾

SCHEDULING ORDER

Comment
LEVEL 2

08/31/2020 NOTICE OF TRIAL ▾

NOTICE OF TRIAL

09/18/2020 DISMISSAL FOR WANT OF PROSECUTION ▾

134thDWOP-Rule 165A Letter

Judicial Officer
TILLERY, DALE

Hearing Time
10:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

05/31/2021 Non Jury Trial ▾

134th Trial Notice Letters

134th Trial Notice Letters

Judicial Officer
TILLERY, DALE

Hearing Time
9:00 AM

# Financial

THRYV INC
 Total Financial Assessment    $316.00
 Total Payments and Credits    $316.00

| 7/1/2020 | Transaction Assessment | | | $316.00 |
|---|---|---|---|---|
| 7/1/2020 | CREDIT CARD - TEXFILE | Receipt # 38520-2020- | THRYV | ($316.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

CCIS

ISSUE CITATION COMM OF INS OR SOS - NICOLE NIXON - ESERVE

ISSUE CITATION COMM OF INS OR SOS - LISTING CENTRAL, LLC - ESERVE

NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

134thDWOP-Rule 165A Letter

ORIGINAL ANSWER - LISTING CENTRAL LLC

134th Trial Notice Letters

134th Trial Notice Letters

SCHEDULING ORDER

NOTICE OF TRIAL