UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THRYV INC, | § § § | |
|     *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:20-CV-02756-X |
| LISTING CENTRAL LLC; NICOLE NIXON; and LISTING CENTRAL, | § § § § | |
|     *Defendants*. | § § | |

## ORDER OF DISMISSAL

In accordance with the *Stipulated Motion to Dismiss* filed January 3, 2022, [Doc. No. 30], it is hereby **ORDERED** that this entire action be **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

**IT IS SO ORDERED** this 4th day of January, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE